UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIVA BLACK,       ) | |
|     Petitioner,       ) | |
|             ) | |
|     v.       ) | Civil Action No.  11cv10751-MLW |
|             ) | |
| ROBERT MURPHY, SUPERINTENDENT,       ) | |
|     Respondent.       ) | |

WOLF, D.J.

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order issued on March 17, 2013, this case is hereby **DISMISSED** without prejudice.


**SO ORDERED.**

**Date:  March 18, 2013**                                    /s/ Mark L. Wolf
                                                          **MARK L. WOLF, U.S.D.J.**